# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A USPS Express Mail Parcel addressed to Jason Adams<br>8805 E Avenida Las Noches, Gold Canyon, AZ 85118<br>bearing USPS Tracking Number: EL949397485US | Case No. 4:18-mj-6/CAS |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
A USPS Express Mail Parcel addressed to Jason Adams, located at 3520 Thomasville Road, Tallahassee, FL 32309
See attached Affidavit - Attachment A

located in the _____Northern_____ District of _____Florida_____, there is now concealed *(identify the person or describe the property to be seized)*:
A USPS Express Mail Parcel addressed to Jason Adams, 8805 E Avenida Las Noches, Gold Canyon, AZ 85118, bearing USPS Tracking Number: EL949397485US - See attached Affidavit - Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a) & 846 | Conspiracy to Possess and Distribute a Controlled Substance |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Russell J. Tabb, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/16/2018

*Judge's signature*

City and state: Tallahassee, Florida          Charles A. Stampelos
                                              *Printed name and title*